UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAL SOEUN,   No. C 08-294 MHP (pr)

      Petitioner,   **ORDER OF TRANSFER**

    v.

R. A. HOREL, warden,

      Respondent.
_____/

    Sal Soeun, has filed a petition for writ of habeas corpus to challenge his state court conviction from the Stanislaus County Superior Court. Stanislaus County lies within the venue of the Eastern District of California. Soeun is currently in custody in the Pelican Bay State Prison in Del Norte County, within the venue of the Northern District of California. Venue is proper in a habeas action in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); however, a petition challenging a conviction is preferably heard in the district of conviction. Habeas L.R. 2254-3(b). Because the conviction occurred in the Eastern District of California, pursuant to 28 U.S.C. § 1404(a) and Habeas L.R. 2254-3(b), and in the interest of justice, this action is TRANSFERRED to the United States District Court for the Eastern District of California. The clerk shall transfer this matter forthwith.

    IT IS SO ORDERED.

DATED: January 24, 2008

_____
Marilyn Hall Patel
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAL SOEUN,

        Plaintiff,

  v.

R.A. HOREL et al,

        Defendant.
                                       /

Case Number: CV08-00294 MHP

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 25, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Sal Soeun P-53393
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95532

Dated: January 25, 2008

                                              Richard W. Wieking, Clerk
                                              By: Anthony Bowser, Deputy Clerk