**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

January 31, 2008

United States District Court
for the Eastern District of California
501 I Street, Suite 4-200
Sacramento, CA 95814

RE: CV 08-00294 MHP  SAL SOEUN-v-R.A. HOREL

Dear Clerk,

    Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

    ☒    Certified copy of docket entries.

    ☒    Certified copy of Transferral Order.

    ☒    Original case file documents.

    ☒    Please access the electronic case file for additional pleadings you may need.  See the attached instructions for details.

    Please acknowledge receipt of the above documents on the attached copy of this letter.

                              Sincerely,
                              RICHARD W. WIEKING, Clerk

                              by:  Gina Agustine-Rivas
                              Case Systems Administrator

Enclosures
Copies to counsel of record

CLOSED, E-Filing, HABEAS, ProSe, TRANSF

# U.S. District Court
## California Northern District (San Francisco)
### CIVIL DOCKET FOR CASE #: 3:08-cv-00294-MHP
### Internal Use Only

| | |
|---|---|
| Soeun v. Horel | Date Filed: 01/16/2008 |
| Assigned to: Hon. Marilyn H. Patel | Date Terminated: 01/25/2008 |
| Cause: 28:2254 Petition for Writ of Habeas Corpus (State) | Jury Demand: None |
| | Nature of Suit: 530 Habeas Corpus (General) |
| | Jurisdiction: Federal Question |

**Petitioner**

**Sal Soeun**  represented by  **Sal Soeun**
P-53393
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95532
PRO SE

V.

**Respondent**

**R. A. Horel**

| Date Filed | # | Docket Text |
|---|---|---|
| 01/16/2008 | 1 | PETITION for Writ of Habeas Corpus; No process (Filing fee IFPP). Filed by Sal Soeun. (gba, COURT STAFF) (Filed on 1/16/2008) (gba, COURT STAFF). (Additional attachment(s) added on 1/31/2008: # 1 Exhibit A-H to Petition for Writ of Habeas Corpus) (gba, COURT STAFF). (Additional attachment(s) added on 1/31/2008: # 2 Exhibit I-K to Petition) (gba, COURT STAFF). (Entered: 01/18/2008) |
| 01/16/2008 | 2 | MOTION for Leave to Proceed in forma pauperis filed by Sal Soeun. (gba, COURT STAFF) (Filed on 1/16/2008) (gba, COURT STAFF). (Entered: 01/18/2008) |
| 01/16/2008 | 3 | CLERK'S NOTICE re completion of In Forma Pauperis affidavit or payment of filing fee due within 30 days. (gba, COURT STAFF) (Filed on 1/16/2008) (gba, COURT STAFF). (Entered: 01/18/2008) |
| 01/16/2008 |  | CASE DESIGNATED for Electronic Filing. (gba, COURT STAFF) (Filed on 1/16/2008) (Entered: 01/18/2008) |

| 01/25/2008 | 4 | ORDER TRANSFERRING CASE to Eastern District of California; Signed by Judge Marilyn Hall Patel on 1/24/2008. (Attachments: # 1 CertServ)(awb, COURT-STAFF) (Filed on 1/25/2008) (Entered: 01/25/2008) |
| --- | --- | --- |
| 01/31/2008 | 5 | CLERK'S NOTICE: Case Transferred Electronically to District Court for the Eastern District of California. (gba, COURT STAFF) (Filed on 1/31/2008) (Entered: 01/31/2008) |